NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVIVA SPORTS, INC., A MINNESOTA CORPORATION,**
*Plaintiff-Appellee,*

v.

**FINGERHUT DIRECT MARKETING, INC., A DELAWARE CORPORATION, MENARD, INC., A WISCONSIN CORPORATION,** AND **KMART CORPORATION, A MICHIGAN CORPORATION,**
*Defendants-Appellants,*

AND

**MANLEY TOYS, LTD., A HONG KONG, CHINA CORPORATION, DBA MANLEY TOYS, DBA TOYQUEST,**
*Defendant.*

---

2014-1394

---

Appeal from the United States District Court for the District of Minnesota in No. 0:09-cv-01091-JNE-JSM, Judge Joan N. Ericksen.

---

**ON MOTION**

---

# O R D E R

Upon consideration of Aviva Sports, Inc.'s unopposed motion for an 11-day extension of time, until August 11, 2014, to file its response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26