NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AVIVA SPORTS, INC., a Minnesota corporation,**
*Plaintiff - Appellee*

v.

**FINGERHUT DIRECT MARKETING, INC., a Delaware corporation, MENARD, INC., a Wisconsin corporation, KMART CORPORATION, a Michigan corporation,**
*Defendants - Appellants*

**MANLEY TOYS, LTD., a Hong Kong, China corporation, dba Manley Toys, dba ToyQuest,**
*Defendant*

_____

2014-1394
_____

Appeal from the United States District Court for the District of Minnesota in case no. 0:09-cv-01091-JNE-JSM, Judge Joan N. Ericksen.

_____

ON MOTION

## O R D E R

Appellants Fingerhut Direct Marketing, Inc., Menard, Inc., and Kmart Corporation move unopposed to extend time to file their reply brief by 16 days (until August 19, 2015), and the joint appendix by 7 days (until September 2, 2015).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellants' reply brief is due on August 19, 2015, and the joint appendix is due on September 2, 2015.

FOR THE COURT

July 22, 2015                    /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court